In the Matter of the Claim of JOHN LAURINO, Respond-
ent, v. JOHN E. DONOVAN et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Laurino* v. *Donovan*, 186 App. Div. 387, affirmed.
(Argued May 20, 1919; decided June 3, 1919.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered January 15, 1919, unanimously
affirming an award of the state industrial commission
made under the Workmen's Compensation Law. The
claimant and one William Earl were employed as
chauffeurs by John E. Donovan. They had been that
afternoon directed by him to clean up the garage and
cars. The premises of the employer consisted of a
garage, dock, stable, blacksmith shop and machine shop.
Laurino and other employees of Donovan had been
hauling coal to the dock that forenoon. There was a
pile of coal on the dock, about 200 feet from the garage.
Earl found an explosive cap with a copper wire attach-
ment in the pile of coal. He brought it into the garage
and was attempting to remove the wire from the cap,
when it exploded and struck Laurino, who was passing
in the performance of his work, in the right eye, destroying
the sight. Appellants contended that the injury did not
arise out of the employment.

*E. C. Sherwood, William B. Davis* and *Amos H.
Stephens* for appellants.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of
counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: COLLIN, CUDDEBACK, CARDOZO, POUND
and CRANE, JJ. Dissenting: HISCOCK, Ch. J., and
ANDREWS, J.